On respondent Sierra Glass Co.'s reconsideration filed December 9; on respondent Burkhardt's reconsideration filed December 12, reconsiderations allowed; former opinion filed November 9, 1983 (65 Or App 409, 671 P2d 1190) modified; affirmed as to defendant Burkhardt; reversed and remanded as to defendant Sierra Glass February 8, appellant Koberstein's reconsideration denied March 30, respondent Sierra Glass Co's and appellant Koberstein's petitions for review denied May 1, 1984 (297 Or 83)

## KOBERSTEIN,
*Appellant,*

*v.*

## SIERRA GLASS CO. et al,
*Respondents.*

(40-537; CA A22340)

675 P2d 1126

Carrell F. Bradley, Hillsboro, for respondent Sierra Glass Co.'s petition.

Ralph C. Barker, and Leichner, Barker & Harms, P.C., Portland, for respondent Burkhardt's petition.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

WARREN, J.

**WARREN, J.**

Both defendants petition for reconsideration of our decision. 65 Or App 409, 671 P2d 1190 (1983). We deny defendant Sierra Glass Co.'s petition and allow defendant Burkhardt's.

We reversed the trial court as to both defendants because of the trial court's erroneous ruling concerning the damage aspects of the case. Because the jury concluded that defendant Burkhardt was not negligent, a new trial is not proper as to him. We modify our former opinion accordingly.

Former opinion modified; affirmed as to defendant Burkhardt; reversed and remanded as to defendant Sierra Glass.